1:15CV-46-GNS

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2015 APR -2 PM 12: 16

Brief statement of (case, claims) Civil Tort Brief / Appointment Legal Counsel 4.3[illegible] 10:03 am

US 6th Circuit District Court of Western Ky USA March 31st 2015

Your Honor Plaintiff herein is filing an official Legal Complaint Claim for damages physical pain suffering from sever RNA viral infection since may 2013 & Local [illegible] hospitals negligent failure to conduct perform required indicated diagnostic test procedure spinal fluid test for symptoms of swelling throbbing living tissue in spinal cord [illegible] L&R [illegible] organs by listed herpes 2 RNA viral microorganism known to produce death in plaintiff patient if not tested ordered admission on IV liquid acyclovir 11 to 14 day period as required in Johns Hopkins Diagnostic Procedure for herpes encephalitis of plaintiffs brain nervous system because of a negative M.R.I. scan charged from spinal fluid technique indicated in News Merc Diagnostic procedures in patients viral confirmed herpes viral infection as precautionary measure for the plaintiffs patients life threating internal organs infection can kill patient [illegible] both legs also weaken spasms burning nerves in both legs also can happen if any test not [illegible] & re tested by medical hospital facility because local hospital physician certified proof subject to U.S. Grand jury panel assessed 1.3 million collateral financial loss for misdiagnosed mismanagement of patients medical conditions since [illegible] history under cancer as also stated [illegible] in Van Nostrands Scientific Encyclopedia plaintiff patient obtained a medical independent blood test by S.T.D Test Express of Nashville Tennessee & came back positive test results for major advanced [illegible] herpes[illegible] viral RNA infection in blood stream circulated to brain stem spinal cord over 07 yrs causing life endangering symptoms causing living swelling throbbing in brain spinal cord testicles local physician evasion of

Professional Expert Witness facts

offical required diagnostic test procedure in exhibit 3 evidence presened doctors facts a spinal fluid test indicated but Dr Sityles refused & Dr Zhu Bowling Green Ky / switched changed required test to MRI sample, were negative blood test from STD Test Express diagnostic laboratory accredited agency Offical proof exhibits intact by Michael Carter Dr Zhu Dr Styles & Russellville Logan medical refused to provide diagnostic test & medication 11 14 day IV liquid any doctor to patient causing severe physical sickness pain suffering shaking sullen living symptoms chain indicates plaintiff patients medical the indicated test of spinal fluid not MRI altered & great wrong results negative & medical of ky indicated medications also causing condition to worsen over last yr since discovery of proof positive test results on march 31st 2014 plaintiff request appointment of legal counsel & file to District Attorney Office for Offical Grand Jury panel trial scheduled at earliest possible time for plaintiff injunction against local doctors named herein & local regional hospitals causing of perpetrators financial bank balance assessment decision by U.S. Judge jury panel [both circuit] [Decease] award to plaintiff patient listed herein Mr James Jesse McLemore of Russellville ky & to obtain 11 14 day treatment with liquid IV antibiotic & 7.5 million dollars in punitive civil physical pain suffering worsening infection associated anguish daily pain living in Toledo brain spinal cord nerves in legs needing over last yr due to negligence failure of local listed physicians hospitals evasion of offical proof positive test certifying liability on their financial & insurance carrier perpetrators of 7.5 million in damages for their refusal & evasion of indicated required spinal fluid test

I can go sterile if not treated properly timely

New Evidence discovery by positive test proof 3/31/2014 Please permit extension to obtain attorney counsel 4/15 declined to accept case here are 2/3 also am certified qualify as indigent disabled since 1985 & only draw 633 pa month

Sincerely Plaintiff patient

James Jesse McLemore

Soc Sec No 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 Pho 270.893.9961 8/5 pm