UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Bowling Green  DIVISION

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2015 MAY 12 PM 2:39

Mr. James Jesse McLemore

name of plaintiff(s)

V.

Civil Case No. 1:15CV-00046-GNS

Dr. J. Zhu/ Graves Gilbert Clinic
201 Park Street,
Bowling Green, Ky 42101
name of defendant(s)

COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Dr. Staples, referal to Dr. Zhu was for cebral spinal fluid test anylysis due to patient J.J. McLemore with known comm. herpes viral/infection having burning, swelling, throbbing in spinal cord/brainstem symptoms of life threatning infection & is spinal fluid test not M.R.I. photo scans caused negative test/readings misdiagnos (0,18 mos) sickness worsening spreading acidic secretions burning swelling throbbing symptoms automatic spinal fluid test pre- cautionary measu

2. Plaintiff, James Jesse McLemore _____ resides at

103 Corinth Road, _____, russellville
street address                                              city

Logan _____, Kentucky, 42276, 270-893-9561
county                state              zip code        area code, phone number

(if more than one plaintiff, provide the same information for each plaintiff below):

_____
_____
_____
_____

3.  Defendant, _Dr. J. Zhu._____lives at, or its

business is located at_____Graves Gilbert Clinic, 201 Park Street_____,
                                                    street address

_____Bowling Green_____, _____Warron_____, _____Kentucky____,
             city                              county                              state

___42101_____.
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____

4.  Statement of claim (State as briefly as possible the facts of your case.  Describe
    how each defendant is involved.  Include also the names of other persons involved,
    dates, and places.  Be as specific as possible.  You may use additional paper
    if necessary):

Dr. Zhu; negligent failure to conduct specific cebral spinal fluid test
anylzsis substituting MRI. photo scan caused negative findings causing
plaintiff/patient Melemore to suffer 18 + months with worsening damages
injuryl from acidic herpes auero toxin secretions burning swelling symptoms
& scar tissue injury to spinal cord & hemisphere of brain physical sickness
nuasea & endangering patients life where Qualified Accredited expert
data in NewsMax diagnostic laboratory procedure is the cebral spinal
fluid test & John's Hopkins diagnostic laboratory procedure for patients with
symptoms swelling burning in spial cord is the cebral spinal fluid test, not
MRI. photo scan, & a proof positive test result findings by Accredited
Qualified Diagnostic laboratory of S.T.D. Test Express LLC of nashville
nashville tennasse by expert wittnesses data proof directly contridicts
Dr. Zhus use of MRI scan, causing 18 + months pain sickness scar & sevr.
swelling throbbing burning symptoms by acidic secretions of herpes virel infection,
Patient suffered from because of wrong test misdiagnosis caused considerable
tissue damage suffering heis liable for once positive test proves omitted
certified test proof used in evidence exhibit display local Drs subject to civil
tort trial & financial loss to injured sick patient melemore. July 22 2013
Proof positive test conducted march 31st 2014 certified proof factual data.