United States District Court
Western District of Kentucky

name of Plaintiff: Mr. James Jesse McLemore

1:15CV-00046-GNS

v.

name of defendants: Dr. Chad Collins Md,
Medical Center / E.R. dept,
250 Park Street
Bowling Green Ky 42101

## Complaint

1. In may 2013 plaintiff patient Jesse McLemore went to Medical Center E.R. dept, with symptoms of burning/throbbing pains in spinal cord/brainstem Dr. Chad Collins stated wouldn't do spinal fluid test anylysis that is in his report & deferred care to Dr. Zhen, in july 2013/ 2 months later when mclemore the patient explained symptoms & pre existing herpes viral infection acidic secretions causing burning pains swelling symptoms automatic precautionary spinal fluid test procedure is indication of dangerous life threating infection in vital organs can kill, paralyse patient Jesse Mclemore did not even do blood test, & is listed as mandatory procedure to conduct cebrel spinal fluid test anylysis to prevent symptoms from acidic secretions doing injurious damaging patients spinal cord brainstem by confirming infection known pre existed on patients medical record file

2. Plaintiff James Jesse McLemore/ 103 corinth road, russellville / logan / Kentucky 42276  270 893 9561 / ~ Defendant Dr. Chad Collins, Md. resides/business at (warren co) Medical Center E.R. dept/ 250 Park Street, bowling Green ky 42101

Claim 1
3. Direct negligent failure of Dr Collins to conduct automatic precautionary spinal fluid procedure caused plaintiff jesse mclemore to suffer worsening condition with burning swelling throbbing & scar tissue damage to nerve fibers tissue/ and brain cell damage endangering patients

Page 2:

life by not doing proper test causing 2 month delay in getting tested for confirmed herpes viral infection evading liability on certified spinal fluid test & gaining mandated 11 14day IV liquid acyclovir to dehydrate dry out internal infection burning damaging nerve cord fiber tissue from acidic amino toxin secretion in patient vital organs & could kill/paralyze melemore if not.

5. Patient proof positive test & order for 11 14day I.V. liquid acyclovir a $25,000 in damages pain suffering worsening condition putting patient life at risk to evade proof on certified record data used in district juror verdict to patient omitted facts caused prolonged pain suffering worsening condition & increasing damaging acidic tissue damage injury scar tissue

6. ( yes )

Signed 9th / may / 2015 — 3:20pm

_____
James Jesse Mc Lemore
( Plaintiff's signature )