UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**JAMES JESSE McLEMORE**                                            **PLAINTIFF**

v.                                                                               **CIVIL ACTION NO. 1:15CV-46-GNS**

**THE MEDICAL CENTER et al.**                                    **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

There being no just reason for delay, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the opinion. *See* 28 U.S.C. § 1915(a)(3).

Date: September 9, 2015

**Greg N. Stivers, Judge**
**United States District Court**

cc:      Plaintiff, *pro se*
4416.009